For the Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>JOHN J  OLIVER II<br>COLLEN M  CLEMENTS<br><br><br>Debtor(s) | Bky. No.  1016098<br><br>Chapter 13<br>11/09/10<br>at  10:00 AM<br>nix2 – Courtroom #2<br>900 Market Street, 2nd Floor<br>Philadelphia, Pa. 19107 |

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to comply with Standing Order No.M-07-3006, by not (1) filing copies of all payment advices as required by 11 U.S.C. Section 521(a)(1)(B)(iv), nor (2) submitting directly to the trustee and U.S.Trustee in electronic format the documents described therein.

The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in court on the date scheduled for the hearing or continued hearing.

WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

Respectfully submitted,

/S/  William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee